# FIDELITY NATIONAL LAW GROUP

### 5151 BELT LINE ROAD, SUITE 410
### DALLAS, TEXAS 75254-7026

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 17 2015

CHRISTOPHER A. PRINE

CLERK

TOM MISTELI, ESQ.
AVP / IN-HOUSE LITIGATION COUNSEL
DIRECT: (972) 812-6550
FACSIMILE: (972) 812-9408
EMAIL: tom.misteli@fnf.com

December 14, 2015

**VIA FIRST CLASS MAIL**
Court of Appeals
1st District of Texas
301 Fannin Street
Houston, Texas 77002-2066

RE: **Copy Request**; Cause No. 01-09-01147-CV; Morrell Masonry Supply, Inc. vs. Scott Griffin & Associates, Inc.; My File No. L076152

Dear Clerk,

Please allow this letter to serve as our formal request for a copy of the **Brief filed by the Appellee**, *Scott Griffin & Associates, Inc.*, on 12/30/2010 in regards to the above matter. Per your request, we include a self-addressed envelope and check in the amount of $3.00 to cover all fees.

Your anticipated assistance in this matter is greatly appreciated. If you have any questions, please contact our office at the number listed above.

Sincerely,

*/s/ Tom Misteli, Esq.*

TMM/aef
*Enclosures(2)*

THE LAW DIVISION OF ALAMO TITLE INSURANCE, CHICAGO TITLE INSURANCE COMPANY, COMMONWEALTH LAND TITLE INSURANCE COMPANY, AND FIDELITY NATIONAL TITLE INSURANCE COMPANY

UNITED STATES POSTAGE

PITNEY BOWES

$ 000.485

02 1P
0000816323     DEC 14 2015
MAILED FROM ZIP CODE 75254

FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 17 2015

CHRISTOPHER A. PRINE
CLERK

**FIDELITY NATIONAL LAW GROUP**

Prestonwood Tower, 5151 Beltline Road, Suite 410, Dallas, Texas 75254

To:

Court of Appeals
1st District of Texas
301 Fannin Street
Houston, Texas 77002-2066